UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GRETCHEN NICOLE ANGELIQUE WEEKS, a married person,<br><br>                Plaintiff,<br><br>        vs.<br><br>GEODIS LOGISTICS LLC, a Tennessee limited liability company,<br><br>                Defendant. | NO. 2:26-cv-01004-SKV<br><br>NOTICE OF APPEARANCE |

TO:          THE CLERK OF THE ABOVE-ENTITLED COURT

AND TO:    Kyle D. Nelson and Josh Goldberg of Seyfarth Shaw LLP, Attorneys for

             Defendant, Geodis Logistics LLC:

        PLEASE TAKE NOTICE that the undersigned attorney Kolby K. Cameron of Jeffers, Danielson, Sonn & Aylward, P.S., 2600 Chester Kimm Road / P.O. Box 1688, Wenatchee, WA  98807-1688, does hereby make and enter her Notice of Appearance on behalf of the Plaintiff, Gretchen Nicole Angelique Weeks, and request that all further papers and pleadings of every nature pertaining to this action be served upon them at their office.

//

//

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

DATED this 9th day of June, 2026.

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.

By _____

KOLBY C. CAMERON, WSBA No. 58828
2600 Chester Kimm Rd / P.O. Box 1688
Wenatchee, WA 98801
(509) 662-3685 - Phone
(509) 662-2452 - Fax
KolbyC@JDSALaw.com
Attorneys for Plaintiff

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

CERTIFICATE OF SERVICE

Pursuant to RCW 5.50.030, the undersigned hereby certifies under penalty of perjury under the laws of the state of Washington, that on the 9th day of June, 2026, the foregoing was delivered to the following persons in the manner indicated:

| Kyle D. Nelson & Josh Goldberg<br>Seyfarth Shaw LLP<br>999 Third Avenue, Suite 4700<br>Seattle, WA 98104<br><br>*Attorneys for Defendant* | ☐ U.S. Mail<br>☐ Hand Delivery – Messenger Service<br>☐ Overnight Courier<br>☐ Facsimile<br>☒ Email – USDC Western WA CM/ECF<br>knelson@seyfarth.com<br>jmgoldberg@seyfarth.com |
|---|---|

_____/s/ Christina D. Bernal_____
CHRISTINA D. BERNAL

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688